MMB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| CORDELL T. THOMPSON, | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | : | No. 09-3383 |

FILED
APR 27 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this ___ day of April, 2010, upon careful and independent consideration of Plaintiff Cordell T. Thompson's Request for Review (Docket No. 8), it is hereby ORDERED that the request is DENIED. Final judgment ~~shall be~~ is entered in favor of Defendant and against Plaintiff. It is further ORDERED that the Clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-3383 Thompson v. Astrue\Thompson Soc Sec Order.wpd

4/28/10 Emailed to counsel

-1-